JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ASTRID Z., | No. CV 24-05219-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the accompanying Memorandum Opinion and Order.

Date: December 19, 2024

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge