UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRID CAROLINA ZAVALETA, | Case No.: 2:24-cv-05219-DFM |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHELLE KING, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,140.34 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 27, 2025

_____
THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Matthew F. Holmberg*
   BY: _____
4      Matthew F. Holmberg
       Attorney for plaintiff Astrid Carolina Zavaleta

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26